602

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of ELOISE DONOGHUE, Respondent, v. LOUIS DE CAROLIS et al., Respondents, and STEVENS TRUCK LINES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.

ESTHER S. GALIETTA, Respondent, v. JOSEPH GALIETTA, Appellant.—